1

2

3

4

5

6

7                       IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9    SHAWN BALLARD,

10            Petitioner,              No. CIV S-12-0219 GGH P

11        vs.

12   CALIFORNIA DEPARTMENT
     OF CORRECTIONS,

13
              Respondent.                      ORDER
14   _____/

15
     SHAWN BALLARD,
16
              Petitioner,              No. CIV S-12-0220 GGH P
17        vs.

18   CALIFORNIA DEPARTMENT
     OF CORRECTIONS,
19
              Respondent.                      ORDER
20   _____/

21   SHAWN BALLARD,

22            Petitioner,              No. CIV S-12-0221 GGH P
          vs.
23
     CALIFORNIA DEPARTMENT
24   OF CORRECTIONS,

25            Respondent.                      ORDER
     _____/
26

1    In his original petition, No. CIV S-11-2107 GGH P, petitioner challenged the loss

2  of credits while incarcerated.  However, petitioner challenged four separate and distinct

3  disciplinary hearings in one federal habeas petition, one that occurred as far back as 1997.  On

4  January 27, 2012, the court ordered that three news cases be opened, one for each incident, and

5  the original case proceed on the fourth incident.  For reasons stated in that order, each petition

6  was dismissed and petitioner was granted leave to file an amended petition for each case within

7  28 days.

8    In each of the four cases, petitioner requested a 30 day extension to file an

9  amended petition.  On February 15, 2012, in all four cases, the court granted petitioner a 30 day

10  extension.  However, petitioner only filed an amended petition in one of the cases, No. CIV S-

11  11-2107 GGH P.  In the three other cases No. CIV S-12-0219 GGH P, No. CIV S-12-0220 GGH

12  P, No. CIV S-12-0221 GGH P, petitioner has not filed an amended petition or otherwise

13  communicated with the court.  All three of these cases are before the undersigned pursuant to

14  petitioner's consent.

15    Accordingly, IT IS HEREBY ORDERED that:

16    1.  Each action, No. CIV S-12-0219 GGH P, No. CIV S-12-0220 GGH P, No.

17  CIV S-12-0221 GGH P, are dismissed with prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

18    2.  A certificate of appealability shall not be issued for any of the actions.

19  DATED: April 24, 2012

20                        /s/ Gregory G. Hollows
                UNITED STATES MAGISTRATE JUDGE

21

22  GGH: AB
   ballard.dis

23

24

25

26